UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| JAMES K. CARVER, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil No. 6-90-B-W |
| COMMISSIONER, MAINE STATE PRISON, et al., | ) ) ) ) | |
| Defendants | ) | |

### RECOMMENDED DECISION

On August 10, 2006, I entered an Order reserving ruling on plaintiff's motion for leave to proceed in forma pauperis and ordered plaintiff to re-submit his motion for leave to proceed in forma pauperis on the correct federal form by September 1, 2006. Plaintiff was further advised that failure to fully comply with the Order would result in a recommendation from me to dismiss the complaint in its entirety. As of today's date, plaintiff has not re-submitted his motion.

Therefore, I recommend the Complaint be DISMISSED without prejudice for Plaintiff's failure to prosecute the action.

### NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

Dated September 5, 2006.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge